UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

WILLIAM CECIL,

        PLAINTIFF

v.

CAPITAL ONE BANK (USA) N.A.

        DEFENDANT.

CIVIL ACTION NO. 3:16-CV-00605-CRS-DW

**AGREED PROTECTIVE ORDER**

The parties to this Agreed Protective Order have agreed to the terms of this Order; accordingly, it is ORDERED:

To the extent that Capital One produces documents or account records in this litigation pertaining to non-party Capital One customers, whether said production is made in response to a discovery request, subpoena, or Court order in this action, or informally in furtherance of settlement negotiations, such production is deemed by the Court to fall within the exception set forth in the Gramm-Leach-Bliley Act, 15 U.S.C. § 6802(e)(8).

So Ordered.

Dated:

**Agreed to by:**

| | |
|---|---|
| *s/ Katrina L. Miller* | *s/ Shaughn C. Hill* |
| Katrina L. Miller | Shaughn C. Hill |
| STITES & HARBISON PLLC | MORGAN & MORGAN, TAMPA, P.A. |
| 400 West Market Street, Suite 1800 | 201 North Franklin Street, 7th Floor |
| Louisville, KY  40202-3352 | Tampa, Florida 33602 |
| Telephone:    (502) 587-3400 | Telephone: (813) 223-5505 |
| kmiller@stites.com | shill@forthepeople.com |
| | |
| COUNSEL FOR DEFENDANT, CAPITAL ONE BANK (USA), N.A. | COUNSEL FOR PLAINTIFF, WILLIAM CECIL |