UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

WILLIAM CECIL,

  Plaintiff,    CASE NO.: 3:16-CV-00605-CRS

-vs-

CAPITAL ONE BANK (USA), N.A.,

  Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, WILLIAM CECIL, and the Defendant, Capital One Bank (USA), N.A., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 11th day of April, 2017.

| | |
|---|---|
| /S/ Shaughn C. Hill, Esquire | /S/ Katrina L. Miller, Esquire |
| Shaughn C Hill | Katrina L. Miller |
| Morgan & Morgan, Tampa, P.A. | Stites & Harbison, PLLC |
| One Tampa City Center | 400 West Market Street, Suite 1800 |
| Tampa, FL 33602 | Louisville, KY 40202 |
| Tele: (813) 223-5505 | Tele: (502) 681-0429 |
| Fax: (813) 223-5402 | Fax: (502) 779-8201 |
| shill@forthepeople.com | kmiller@stites.com |
| Attorney for Plaintiff | Attorney for Defendant |