# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**WILLIAM CECIL**                                                                     **PLAINTIFF**

vs.                                                 CIVIL ACTION NO.  **3:16CV-605-CRS**

**CAPITAL ONE BANK (USA), N.A.**                                   **DEFENDANT**

## DISMISSAL ORDER

Counsel having filed a Joint Stipulation of Dismissal (DN 26),

**IT IS HEREBY ORDERED** that this case is **DISMISSED** with prejudice.  Parties to bear their own attorney's fees, costs and expenses.

Date: April 12, 2017

*[signature]*

Charles R. Simpson III, Senior Judge
United States District Court

cc:  Counsel of Record